**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**KC FILED**
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

| | |
|---|---|
| **Plaintiff(s):** LARRY RODGERS, et al. | **Defendant(s):** ROD BLAGOJEVICH, etc., et al. |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Larry Rodgers (N-53436)<br>Robbie J. Moore (B-16483)<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV686**
**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes   [ ] No

**Signature:** *A. E. Woodham*   **Date:** 01/31/2008

Darrah
Denlow

07C5545