MHN

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008  aew
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

LARRY RODGERS,
    PLAINTIFF

V.

ROGER E, WALKER JR, ET.AL

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

---

Whereever [ ] is included, please place an X into whichever box applies, Wherever the answer to any question requires more information than the space is provided, attach one or more pages that refer to each such question number and provide the additional information, please print:

I, LARRY RODGERS, declare that I am tha [x] plaintiff in the above entitled case, This affidavit constitites my application [ ] to proceed witout full prepayment of fees, or [ ] in support of my Motion for appointment of counsel, or [ ] both, I also declear that I am unable to pay the cost of this proceedings, and that I am entitled to the relief sought in the complaint/petition/motion appeal, In support of this petition/application/motion/appeal, I answe the following questions UNDER PENTALTY OF PERJURY:

1) Are you currently? [x] Yes
   I.D. # N-53436    Name of Jail or Prison: Stateville C.C.
   Do you receive any payments from the institution? [x] Yes, $10.00 Monthly.

2) Are you currently employed?    [ ]yes  [x] No
   Monthly salary or wages:_____
   Name and address of employer:_____

   (a) if the answe is no
       Date of last employment: March through January 2000-02
       Nmae and address of last employeer: Prison Ketchen worker, Joliet,C.C

   (b) Are you Married?    [x] Yes
       Spouses monthly salary or wages (No contect with Wife since 1999)
       Name and address of employer:+ Not Known

3) Apart from your income stated above in response to question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either Yes or No, and then check the box that applies to each category.

a) Salary or wages                                                [x]yes [ ] no
Amount  $10.00          Received by  IDOC

b) [ ] business, [ ] professional or [ ] other self-employement  [x[NO

c) [ ]Rent payments, [ ]interest or [ ] dividends  [ ]YES [x]NO
Amount_____Recieved by_____

d) [ ] Pensons,[ ] Social security,[ ]annuities,[ ]life insurance,[ ] disability,
   [ ] Workers compensation,[ ]unemployment [ ]Welfare [ ] alimony or
   maintenance or [ ] child support

Amount_____Recieved by_____

e) [x] Gifts or Inheritance[ ]
Amount $25.00 FROM JOANNE GUILFORD

f) [ ] any other source(state source:_____[x]YES [ ] NO
Amount $20.00      Recieved by    Lori Mitchell for Christmas

4. do you or anyone else living at the same address have more than$200 in cash
or checking or saving accounts?   [ ] YES   [x] NO  Totla amount_____
In whose name held:_____relationship to you_____

5. Do you or anyone else living at the same residence own any stocks,bonds,
securities or other finanical instruments?        [ ]YES [x]NO
Property:_____Current value_____
In whose Name held:_____Relationship to you_____

6. Do you or anyone else living at the same residence own any estate(houses,
apartments, condominiums.cooperatives,two-flats,three-flats,ect) [x]NO
Address of property_____
Type of Property_____Current value_____
In whose Name held_____Relationship to you_____
Amount of monthly mortgage or loan payments_____
Name of persons making payments_____

7. Do you or anyone else living at the same residence own any automobiles, boats
trailers,mobile homes or other items of property with the current narket
value of $1000? [x]NO
Property:_____
Current value_____
In whose name held:_____Relationship to you_____

8. List all persons who are dependent on you for support, state your relation-
ship to each person and indecate how much you contribute monthly to their
support, If none chech here[x[ NB dependnets.



I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date:  1/19/08

Signature of Applicant

LARRY RODGERS (N-53435)
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, LARRY RODGERS, I.D.# N53436, has the sum of $ 6.05 on account to his/her credit at (name of institution) Stateville CC.
I further certify that the applicant has the following securities to his/her credit: —. I further certify that during the past six months the applicant's average monthly deposit was $ 53.77.
(Add all deposits from all sources and then divide by number of months).

1-25-08
DATE

SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print name)

rev. 10/10/2007

Date: 1/25/2008      Stateville Correctional Center      Page 1
Time: 8:31am      **Trust Fund**
d_list_inmate_trans_statement_composite      Inmate Transaction Statement

REPORT CRITERIA - Date: 07/25/2007 thru End;   Inmate: N53436;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N53436 Rodgers, Larry**     **Housing Unit: STA-X-UW-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 71.28 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C0731083, DOC - Library Copies, Inv. Date: 07/31/2007 | -5.20 | 66.08 |
| 08/05/07 | Mail Room | 10 Western Union | 217200 | 5152694955 | GUILFORD, JOANNE | 50.00 | 116.08 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | 10.00 | 126.08 |
| 08/09/07 | Point of Sale | 60 Commissary | 2217150 | 502210 | Commissary | -87.23 | 38.85 |
| 08/15/07 | Point of Sale | 60 Commissary | 2277150 | 503071 | Commissary | -34.19 | 4.66 |
| 08/16/07 | Disbursements | 80 Postage | 228337 | Chk #135829 | g0808243, DOC: 523 Fund Reimbu, Inv. Date: 08/08/2007 | -1.79 | 2.87 |
| 08/22/07 | Mail Room | 01 MO/Checks (Not Held) | 2342164 | 316941 | Guilford, Joanne | 10.00 | 12.87 |
| 08/28/07 | Point of Sale | 60 Commissary | 240781 | 504646 | Commissary | -12.52 | .35 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 2412164 | 116933 | Dyes, Pearlie | 25.00 | 25.35 |
| 09/07/07 | Mail Room | 01 MO/Checks (Not Held) | 2502164 | 520852309 | Mitchell, Lori | 20.00 | 45.35 |
| 09/11/07 | Point of Sale | 60 Commissary | 254783 | 505829 | Commissary | -34.85 | 10.50 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | 3.40 | 13.90 |
| 09/20/07 | Point of Sale | 60 Commissary | 2637137 | 506962 | Commissary | -13.09 | .81 |
| 09/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2682164 | 318799 | Guilford, Joanne | 25.00 | 25.81 |
| 09/30/07 | Mail Room | 10 Western Union | 273200 | 6802232194 | GUILFORD, JOANNE | 50.00 | 75.81 |
| 10/03/07 | Point of Sale | 60 Commissary | 276783 | 508369 | Commissary | -69.65 | 6.16 |
| 10/08/07 | Disbursements | 80 Postage | 281390 | Chk #136558 | C1004055, DOC: 523 Fund Inmate, Inv. Date: 10/04/2007 | -1.40 | 4.76 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 4.22 | 8.98 |
| 10/09/07 | Point of Sale | 60 Commissary | 2827142 | 509385 | Commissary | -8.46 | .52 |
| 10/10/07 | AP Correction | 80 Postage | 283537 | Chk #136558 Voided | C1004055 - DOC: 523 Fund Inmat | 1.40 | 1.92 |
| 10/10/07 | Disbursements | 80 Postage | 283337 | Chk #136631 | C1004055, DOC: 523 Fund Inmate, Inv. Date: 10/04/2007 | -1.40 | .52 |
| 10/14/07 | Mail Room | 10 Western Union | 287200 | 9780223860 | GUILFORD, JOANNE | 50.00 | 50.52 |
| 10/15/07 | Disbursements | 80 Postage | 288390 | Chk #136658 | C1012011, DOC: 523 Fund Reimbu, Inv. Date: 10/12/2007 | -.41 | 50.11 |
| 10/17/07 | Point of Sale | 60 Commissary | 2907142 | 510564 | Commissary | -45.03 | 5.08 |
| 10/29/07 | Disbursements | 80 Postage | 302390 | Chk #136898 | C1025046, DOC: 523 Fund Inmate, Inv. Date: 10/25/2007 | -1.50 | 3.58 |
| 11/07/07 | Disbursements | 80 Postage | 311390 | Chk #137035 | C1105256, DOC: 523 Fund Inmate, Inv. Date: 11/05/2007 | -.82 | 2.76 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 12.76 |
| 12/11/07 | Point of Sale | 60 Commissary | 345781 | 516912 | Commissary | -2.68 | 10.08 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 10.00 | 20.08 |
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137609 | g1212081, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -1.64 | 18.44 |
| 12/17/07 | Point of Sale | 60 Commissary | 3517142 | 518073 | Commissary | -6.58 | 11.86 |
| 12/18/07 | Disbursements | 90 Medical Co-Pay | 352390 | Chk #137727 | C1217001, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -2.00 | 9.86 |
| 12/20/07 | Disbursements | 80 Postage | 354390 | Chk #137776 | g1218329, DOC: 523 Fund Inmate, Inv. Date: 12/18/2007 | -2.05 | 7.81 |
| 12/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3612164 | 251815661 | Mitchell, Lori | 20.00 | 27.81 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097137 | 520414 | Commissary | -27.65 | .16 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 10.00 | 10.16 |
| 01/15/08 | Point of Sale | 60 Commissary | 0157137 | 521203 | Commissary | -2.04 | 8.12 |
| 01/17/08 | Mail Room | 01 MO/Checks (Not Held) | 0172175 | 324278 | Guilford, Joanne | 25.00 | 33.12 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217137 | 522411 | Commissary | -25.97 | 7.15 |

Date: 1/25/2008  
Time: 8:31am  
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 07/25/2007 thru End;　　Inmate: N53436;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: N53436 Rodgers, Larry**　　　　**Housing Unit: STA-X -UW-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/24/08 | Disbursements | 84 Library | 024390 | Chk #138400 | C0123088, DOC: 523 Fund Librar, Inv. Date: 01/23/2008 | -1.10 | 6.05 |

|  |  |
|---|---|
| Total Inmate Funds: | 6.05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 6.05 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |