```
                    IN THE                    FILED
          UNTIED STATES DISTIRCT COURT
          NORTHERN DISTRICT OF ILLINOIS    JAN 3 1 2008
                                             1-31-2008
                                         MICHAEL W. DOBBINS
                                       CLERK, U.S. DISTRICT COURT
```

                                          IN FORMA PAUPERIS APPLICATION
                                                      AND
                                              FINANICAL AFFIDAVIT

ROBBIE J, MOORE
    PLAINTIFF,

                                          |
v.                                        |
                                          |   08CV686
ROGER E, WALKER JR,                       |   JUDGE DARRAH
GUY PEIRCE,                               |   MAGISTRATE JUDGE DENLOW
SALVADORE GODINEZ,                        |
TERRY L, McCANN,                          |
VENITA F, WRIGHT,et,al.                   |

Whenever [ ] is included, please place an X into whichever box applies. wherever the answe to any question requires more information than the space is provided,attach one or more pages that refer to each such question number and provide the additional information. Please Print.

I, ROBBIE J, MOORE declare that I am one of the [ ]Plaintiff(s) in the above-entitled case,This affidavit constitutes my application [ ] to proceed witout full pay-ment of fees, or [ ] in support of my motion for appointment of counse, or both[ ], I also declare that I am unable to pay the cost of these proceedings, and that I am entitled to the relief sought in the complaint/petition/ motion.appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury.

1.  Are you currently incarcerated?          [X]Yes    [ ]No
    I.D.# B-16483   name of Prison or Jail   STATEVILLE C.C
    Do you recieve any payment from the institution? [X]Yes [ ]No monthly
    account; $10.00 A MONTH

2.  Are you currently employed?              [ ] Yes   [X] No
    Monthly salary or wages:_____
    Name of last address of employer:_____

    a.  If the answer is no.
        Date of last employment:_____
        Monthly salart or wages:_____
        Name and addresss of last employer:_____

    b. Are you Married?           [ ]Yes [X] No
       Spouse's monthly salsary and wages:_____
       Name and addresss of employer:_____

3.   Apart from the income stated above in responce to question 2, in the past twelve months have you or any one else living at the same residence recieved more than $200 from any of the following sources? Mark an X in either YES or NO and then check the box that apply in each category.

    a.   Salary or wages                              [ ]YES    [X] NO
Amount _____ Recieved by_____

    b.[ ]Business,[ ]profession or[ ]other self-employed    [ ]yes [x]No
Amount _____ Recieved by_____

    c.[ ]Rent payment,[ ]interest or[ ]dividends        [ ]Yes [x]No
Amount _____ Recieved by_____

    d. [ ]pensions,[ ]social security, [ ] annuities, [ ] life insurence, [ ]disability, [ ] workers compensation, [ ]unemployment, [ ]welfear, [ ]alimony or maintenance or [ ]child support.
                                                              [ ]Yes [X]No
amount _____ Recieved by_____

    e. [ ]gifts or [ ]inheritances                    [ ]Yes [X]No
amount _____ Recieved by_____

    f. [ ]any other sources(state source;_____) [ ]yes [X]No
Amount _____ recieved by_____

4. Do you or anyone else living at the same residence have more than $200 in case or checking or saving accounts?    [ ]Yes [X]No   totle anouts_____
in whose name held:_____ Relationship to you_____

5. Do you or someone else living at the same address have or own any stock, bonds,securities ot other finanicial instruments?    [ ]Yes [X]No totle amout_____
property::::_____Current value_____
in whose name held: _____Relationship to you_____

6. Do you or any one else living at the same residence own any restate(houses, apartments, condominiums,cooperatives, two-flats,three-flats,etc,)? [ ]yes [X]No
address of property_____
Type of property_____current value_____
In whose name held_____Relationship to you_____
Amount of monthly mortgage or loan payments_____
Name of person making payments_____

7. Do you or anyone else living at the same residence own any automobiles, boats trailers, mobile homes or other items of personal property with a current market value of more than $1000? [ ]yes [X] no

Property:_____
Current value_____
In whose name held_____ Relationship to you_____

8. List the persons who are depentent on you for support, state the relationship to each person and indicate how much you contribute monthly to their support, If none, check here[ ] no dependents.

 

ROBBIE J, MOORE

/s/ *Robbie J. Moore*

I declare under penalty of perjury that the above information is true and correct, I understand that pursuant to 28 U.S.C §1915(e)(2)(a), the court shall dismiss this case at any time if the court determines that my allegation of proverty if untrue.

Date: JANUARY 19TH, 2008

*Robbie J. Moore*
Signature of Applicant

ROBBIE J, MOORE
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund account,</u> Becuase the law requires information as to such account covering a full six months before you file your law suit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-months period--and you must also have the Certificate below completed by an authorized officer ateach institution.

**CERTIFICATION**
(Incarcerated application only)
( To be completed by the institution of incarceration)

I certify that the applicant named herein R. Moore ,I.D.# B16483 has the sum of $ .63 on account to his/her credit at (name of institution) Stateville CC . I further ceritfy that the applicant has the following securities to his/her credit: ———— ,I further certify that during the past six months the applicate's average monthly deposit was $ 9.63 (add all deposits from all sources and then <u>divide</u> by number of months).

1-25-08
DATE

T.C.
SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print Name)

Date: 1/25/2008
Time: 9:09am
d_list_inmate_trans_statement_composite

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 07/25/2007 thru End;   Inmate: B16483;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B16483 Moore, Robbie J.   **Housing Unit:** STA-X -UW-05

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.31 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | 8.00 | 18.31 |
| 08/09/07 | Point of Sale | 60 Commissary | 2217137 | 502213 | Commissary | -4.41 | 13.90 |
| 08/15/07 | Point of Sale | 60 Commissary | 2277150 | 503061 | Commissary | -6.59 | 7.31 |
| 08/16/07 | Disbursements | 80 Postage | 228337 | Chk #135829 | C0807043, DOC: 523 Fund Reimbu, Inv. Date: 08/07/2007 | -.41 | 6.90 |
| 08/28/07 | Point of Sale | 60 Commissary | 240781 | 504651 | Commissary | -1.73 | 5.17 |
| 08/31/07 | Disbursements | 82 Debts due to State (non-postage) | 243337 | Chk #136012 | 817w008, DOC: 523 Fund Inmate, Inv. Date: 08/17/2007 | -5.00 | .17 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | 2.72 | 2.89 |
| 09/20/07 | Point of Sale | 60 Commissary | 2637142 | 506984 | Commissary | -1.41 | 1.48 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0919173, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -.41 | 1.07 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0919139, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -.49 | .58 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0919038, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -.41 | .17 |
| 09/28/07 | AP Correction | 82 Debts due to State (non-postage) | 271537 | Chk #136012 Voided | 817w008 - DOC: 523 Fund Inmate | 5.00 | 5.17 |
| 09/28/07 | Disbursements | 82 Debts due to State (non-postage) | 271337 | Chk #136455 | 817w008, DOC: 523 Fund Inmate, Inv. Date: 08/17/2007 | -5.00 | .17 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 3.38 | 3.55 |
| 10/09/07 | Point of Sale | 60 Commissary | 282781 | 509350 | Commissary | -3.12 | .43 |
| 10/10/07 | Disbursements | 80 Postage | 283337 | Chk #136631 | j1010679, DOC: 523 Fund Inmate, Inv. Date: 10/10/2007 | -.41 | .02 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284291 | 93333418661 | Smith, Clyde | 20.00 | 20.02 |
| 10/19/07 | Disbursements | 80 Postage | 292390 | Chk #136785 | j1017706, DOC: 523 Fund Inmate, Inv. Date: 10/17/2007 | -.41 | 19.61 |
| 10/19/07 | Disbursements | 80 Postage | 292390 | Chk #136785 | j1017708, DOC: 523 Fund Inmate, Inv. Date: 10/17/2007 | -.41 | 19.20 |
| 10/24/07 | Disbursements | 80 Postage | 297390 | Chk #136843 | C1023152, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.49 | 18.71 |
| 10/24/07 | Disbursements | 80 Postage | 297390 | Chk #136843 | C1023153, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.49 | 18.22 |
| 10/24/07 | Disbursements | 80 Postage | 297390 | Chk #136843 | C1023154, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.49 | 17.73 |
| 10/31/07 | Disbursements | 80 Postage | 304390 | Chk #136948 | j1030980, DOC: 523 Fund Inmate, Inv. Date: 10/30/2007 | -.41 | 17.32 |
| 11/06/07 | Point of Sale | 60 Commissary | 3107142 | 511816 | Commissary | -16.98 | .34 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 8.00 | 8.34 |
| 11/13/07 | Point of Sale | 60 Commissary | 3177137 | 513045 | Commissary | -5.91 | 2.43 |
| 11/14/07 | Disbursements | 90 Medical Co-Pay | 318390 | Chk #137103 | C1108001, DOC: 523 Fund Inmate, Inv. Date: 11/06/2007 | -2.00 | .43 |
| 11/22/07 | Disbursements | 80 Postage | 326390 | Chk #137269 | g1120068, DOC: 523 Fund Inmate, Inv. Date: 11/20/2007 | -.41 | .02 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.00 | 8.02 |
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137699 | g1214038, DOC: 523 Fund Inmate, Inv. Date: 12/14/2007 | -.82 | 7.20 |
| 12/17/07 | Point of Sale | 60 Commissary | 351783 | 518106 | Commissary | -6.90 | .30 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.00 | 8.30 |
| 01/14/08 | Disbursements | 80 Postage | 014390 | Chk #138197 | g0114019, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -.82 | 7.48 |
| 01/14/08 | Disbursements | 80 Postage | 014390 | Chk #138197 | g0114020, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -.41 | 7.07 |
| 01/15/08 | Point of Sale | 60 Commissary | 015783 | 521229 | Commissary | -5.74 | 1.33 |
| 01/16/08 | Point of Sale | 60 Commissary | 0167135 | 521406 | Commissary | 2.59 | 3.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 1/25/2008 | | | | | | | Page 2
Time: 9:09am | | | | | | |
d_list_inmate_trans_statement_composite | | | | | | |

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 07/25/2007 thru End;   Inmate: B16483;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B16483 Moore, Robbie J.**   **Housing Unit: STA-X -UW-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | Point of Sale | 60 Commissary | 021783 | 522423 | Commissary | -3.29 | .63 |

| | |
|---|---|
| Total Inmate Funds: | .63 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .63 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |