**FILED** 

JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)   **LARRY RODGERS**
               **ROBBIE J, MOORE**                    08CV686

               V.                                     JUDGE DARRAH

Defendant(s)   **ROGER E, WALKER JR, et, al.**        MAGISTRATE JUDGE DENLOW

)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Larry Rodgers, Robbie J. Moore**, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Larry Rodgers/Robbie J. Moore_          _Route 53# P.O. Box 112_
Movant's Signature                        Street Address

_1-27-08_                                 _Joliet, Ill 60434_
Date                                      City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LARRY RODGERS,
ROBBIE J, MOORE
    PLAINTIFF(S),

VS.

ROGER E, WALKER JR, et, al

CASE NO#
Supplies By Clerk

Honorable Judge Presiding

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, The plaintiff(s), Larry Rodgers, and Robbie J, Moore, pursuant to §1915, and request this Court to appoint counsel to represent them in this case for the following reasons:

1. The plaintiff(s) are unable to afford counsel.

2. The many issues involved in this case are complex.

3. The plaintiff(S) as "Protective Custody inmates" are being denied access to the Courts/Law Library and legal material or trained legal assistance as stated in their complaint.

4. Nither plaintiff has a high school education.

5. The plaintiff(S) have limited knowledge of the law.

PAGE 1 OF 2

6. Plaintiff(s) have made several attempts to obtain a Lawyer or Law Firm to Represent them in this case, (see attached exhibits)

WHEREFORE, The plaintiff(s) pray that the Motion for appointment of Counsel be Granted.

/s/ _Larry Rodgers_
LARRY RODGERS N-534365

/s/ _Robbie J. Moore_
ROBBIE J, MOORE B-16483



**THE EDWIN F. MANDEL LEGAL AID CLINIC
OF THE UNIVERSITY OF CHICAGO LAW SCHOOL**

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

*Lawyers*
Herschella G. Conyers
Craig B. Futterman
Mark J. Heyrman
Jason Huber
Jeffrey B. Leslie
Abner J. Mikva
Randall D. Schmidt
Randolph N. Stone

*Social Service
Coordinator*
Michelle Geller

*Senior Advisor*
Norval Morris
(1923-2004)

December 13, 2007

Larry Rodgers
Reg.# N-53436
Stateville Corr. Ctr.
Rte. 53 Box 112
Joliet, IL   60434

Dear Mr. Rodgers:

   As stated in a letter sent to you on July 2, 2007, the Mandel Legal Aid Clinic does not provide representation in your particular case. We suggested you contact the following groups:

Prisoner's Rights Research Project
University of Illinois College of Law
Champaign, IL 61820
(217) 333-0930

Chicago Lawyers Committee for Civil Rights
 Under Law, Inc.
100 N. LaSalle St. Ste. 600
Chicago, Illinois  60602
(312) 630-9744

If they weren't able to help you, we have no one else for you to contact. We are also returning your letter you sent us.

                        Sincerely,

              **Edwin F. Mandel Legal Aid Clinic**



**Katten**
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

STUART J. CHANEN
stuart.chanen@kattenlaw.com
312.902.5298 direct
312.577.8703 fax

January 7, 2008

Mr. Larry Rodgers
Reg. No# N-53436
Route #53
Statesville Correctional Center
P.O. Box 112
Joliet, IL 60434

Re: **Legal Representation**

Dear Mr. Rodgers:

I am sorry that I am not able to take on any additional prisoner litigation at this time. I wish you success in pursuing your claim.

I am returning the pleadings you sent to me.

Sincerely,

Stuart J. Chanen

SJC:mst
Enclosure
/50463691

Larry Rodgers

N-53436

P.O. BOX-112

Joliet, Ill 60434

Chicago Lawyers Committee for Civil Rights Under Law, Inc.

100 N. Lasalle St., Ste. 600

Chicago, Ill 60602

Re, Legal Representation.

I am writing to you to request your professional Legal assistance in relations to a Civil Action that I would like to bring against Federal and State Officials for the State of Illinois concerning their actions under color of State law which has subjected me to Cruel and unusual punishment in the conditions of my confinement, Due Process and Equal Protection violations that have been going on as far back as 1985 or more,. I have drafted a class action for the Northern District of Illinois, and I really need Professional to litigate this claim. I am unable to pay your firm anything up front, But I would be willing to agree to even half of the Damages recovered plus your Attorney fees.

Thank you for your time.

Respectfully Submitted.

Larry Rodgers