IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY RODGERS,
ROBBIE J. MOORE,
    PLAINTIFF(S),

V.

ROGER E, WALKER JR,
GUY PEIRCE,
SALVADORE GODINEZ,
TERRY L. McCANN,
JIMMY DOMINGEZ,
VENITA F. WRIGHT,
JACKIE MILLER, et.al.

CASE NO#

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

## MOTION TO WAIVE COPYING REQUIREMENT:

NOW COMES, The plaintiff(s), Larry Rodgers, and ROBBIE MOORE, pursuant to Rule 3,5(e) of the Fed. R. Civ. P. and ask that this honorable Court waive the copying requirement in this matter and state as follows:

1) The plaintiff(s) are well aware of the copy requirement when filing a complaint with the clerk of this Court.

2) That the plaintiff(s) in this cause have diligently attempted to gain access to the Law Library and or some one that could provide adequate copies in order that the plaintiff(s) could adhere to this courts filing requirements.

3) The plaintiff has alleged in thier complaint that prison officials

PAGE 1 OF 2

have denied, and continue to deny "PROTECTIVE CUSTODY INMATES" access to the law library and trained legal assistance.

4) The plaintiff(s) denial of access to the Court, law library and trained legal assistance are one of the many reliefs that the plaintiff(s) are seeking in this cause.

5) The plaintiff(s), again, are aware of their responsibilities in forwarding the proper number of complaints for service on all defendant(s), and apologizes for any and all inconveniences it may cause.

WHEREFORE, the plaintiff(s) pray that this Honorable Court waive the copying requirement for this cause only, and allow the clerk to process the filing of this complaint.

/s/ Larry Rodgers

Larry Rodgers (N-53436)
P.O. BOX-112
JOLIET, ILL, 60434

DATE: Jan 27th 2008

/s/ Robbie J. Moore

ROBBIE J. MOORE (B-16483)

P.O. BOX-112
JOLIET, ILL 60434

PAGE 2 OF 2