IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY RODGERS,
ROBBIE J, MOORE,
    PLAINTIFF(S),

v.

ROD BLAGOJEVICH,
LISA MADIGAN,
ROGER E, WALKER JR,
TERRY L, McCANN, et, al.
    DEFENDANT(s),

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

Supplied By Clerk:

HONORABLE JUDGE PRESIDING

## MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRINING ORDER:

NOW COMES the Plaintiff(s) on their behalf, and on behalf of the class Members purpuant to Rule 65(a) of the Federal Rules of Civil Procedure, and respectfully move this Honorable Court for issuance for a Preliminary Injunction and Temporary Restrining Order during the pendency of this cause of Action.

In Support of this Motion, Plaintiff(s) state the Following;

1) This is a Civil Right Action brought under 42 U.S.C §1983, §1985(3) §1986 and 2000CC by State Prisoners asserting claims of Conspiracy, Fruad, Embezzlement, Discrimination, in violation of their Equal Protection and Due Process Rights. Plaintiff(s) seek Damages on all claims, and Injunctive and Declaratory relief for the class members ensuring that the plaintiff(s) and class members are not Discriminated against becasue of their Protective Custody Status, Deprived of

their Monthly idle pay which is appropriated through Illinois State and Federal Funding which the plaintiff(s) allege are being illegally diverted, Embezzled, and or Misappropriated by the Defendant(s).

2) As alleged in their complaint, the defendant(s) will continue without need or penalogical jusification their form of Embezzlementm Fruad, Misappropriation of State Funds and or Discrimination which subjects plaintiff(s) and class members to unnecessary hardship in the conditions of their confinement which violates Illinois State Law, the defendant(s) own Rules and Regulation and the United States Constitution.

3) The defendant(s) have no standing in the law to deny plaintiff and class members Equal Protection and Due Process of the law, but will continue to do so unless this Honorable Court restrins them during the pendency of this Action, after which time an Injunction can be made permanent.

4) The allegations before this Court are against several popular and high ranking officials with political influence, in which Retaliation for exercising plaintiff(s) amd class members Rights against these officials is extremely likely and even anticipated Due to the plaintiff(s) being in their Custody (state custody).

5) The Plaintiff(s) fears not only the deprivations of their entitlements given by their Constitutional Rights, But the plaintiff(s) also fear for their life.

6) The monthly idle pay and the Funds from the Inmates Benefit Funds and

and Profits Annually is Millinois of Dollars, and this kind of Money being the center of attention for any illegal Conspiracy, it is highly likely it will call for some form of vindication.

WHEREFORE, The plaintiff(s) request this Honorable Court to grant the Following;

A) Order the defendant(s) from taking, withholding or misappropriating plaintiff(s) and class members idle monthly pay for any reason as said idle pay is appropriated for the hygene care of the committed persons, after which time an injunction can be made permanent.

B) Order the Defendant(s) from taking, withholding or misappropriating the Funds from Inmate Commissary Funds and Profits to pay the wages of their employyees at the commisaary and dietary departments during the pendency of this cause of action, after which time an injunction can be made permamnent.

C) Order an independent Audit from an independent accounting firm of Illinois Department of Corrections General Revenue Funds, Special Revenue Funds, and Fiduciary Funds for 2002 through 2008.

D) Order that the defendant(s) **SHALL** prvide living conditions, Programs, Educational and Vocational opprotunities, Regilious sevices and Adequate Medical for inmates in X-House Protective Custody as the inmates in general population.

E. Order that the defendant(s) **SHALL** provide plaintiff(s) and class members with adequate and meaningful access to the Courts/Law Library and trained legal assistence and adequate legal material to petition the courts.

F) Order that the defedant(s) **SHALL** take appropriate steps to ensure that this housing unit is brought up to Health, Fire and Safety Regulations by the installment of working Fire alarms, Fire Doors and Fire Walls, Sprinklers as well as all pad locks removed from the cell doors which creates an danger in itself in case of a Fire or other emergency situations.

G) Order the defendant(s) not to mix Protective Custody inmates with inmates of General Poplation as these inmates creates an imminent danger to the health and safety of Inmates in Protective Custody.

H) Order the defendant(s) from taking any Further actions of Retaliation against the Plaintiff in the form of unsupervised shake downs, destruction of Legal documents and Personal property, writing of false disciplinary reports. Confinement to Segregation or Administrative Detention, Transfering plaintiff(s) to A Supermax prison without this Honorable Court Authorzation, interfering with the litigation of this or other actions before this Court, Denying plaintiff(s) access to their own Records or destroying delaying or stealing legal mail.

I) **ALTERNATIVE REQUEST:** That the Plaintiff(s) be Ordered into the Custody of the Federal Bureau of Prisons until the full adjudication of this cause of Action.

WHEREFORE, plaintiff(s pray.

_____
Larry Rodgers, pro, se. et, al

_____
Robbie C. MOORE.