

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| LARRY RODGERS,<br>    PLAINTIFF, | ǀ | 08CV686<br>JUDGE DARRAH<br>MAGISTRATE JUDGE DENLOW |
| v. | ǀ | |
| ROGER E, WALKER JR, et, al. | ǀ | JURY TRIAL DEMANDED |

AFFIDAVIT IN SUPPORT OF PLAINTIFF(S)
MOTION FOR THE APPOINTMENT OF COUNSEL:

I, Larry Rodgers, being duly sworn, depose and state:

1. I am one of the palintiff(s) in the above entitled case, I make this affidavit in suport of my Motion for the appointment of counsel.

2. The complaint in this case alleges the plaintiff(s) and class members throughout the State of Illinois are denied their monthly idle pay and other funds from 40% of the inmates commissary funds and profits through the defendant(s) illegal actions of Conspiracy, Fruad, and Embezzlement, and that the defendant(s) are misappropriating said funds to pay the wages of their employees who are employed within the commissary and dietary department of each facility.

3. The plaintiff)s) and class members further allege that they are subjected to discrimination as protective custody inmates causing restrictions on Religious practice, opportunities to praticipate in educational and vocational programs access to the Court and law library with trained legal assistance, denial of indoor recreation, denial of adequate medical care as provided to inmates

PAGE 1 OF 3

in general population, and other hazardous and unsafe conditions.

The complaint further alleges that the defendant(s) (prison officials) were and are aware of their actions through grievances and complaints, past consent decrees and or Court Orders placed upon the department "Stateville" for past discrimination(s) against protective custody inmates, plaintiff(s) and class members are subsequently being denied Due Process and Equal protection of the Law.

4. This is a complex case becasue it contains several different legal claims with each claim involving a different set of defendant(s)

5. This case also invovles Medical issues that may require expert testimony.

6. The plaintiff(S) have demanded a Jury Trial.

7. This case will require discovery of documents and dispositions of a number of witnesses.

8. The testimnoy will be in sharp conflict, since the plaintiff(s) allege that the defendant(s) have illegally embezzled and or misappropriated State Funds which are intented for the special benefit of the committed person, and that the defendant(s) have also discriminated against the plaintiff(s) and class members becasue of their protective custody status, and that the defendant(s) are under Court Order(s) or decrees from past conduct(s).

9. That nither of the plaintiff's have a high school education, and or any legal education.

10. As set forth in the Memrandum of Law submitted with this Affidavit, these facts along with the merit of theplaintiff(s) and class members claims, support the appointment of counsel to represent this case.

WHEREFORE, the plaintiff pray that the Motion for the Appointment of Counsel be granted.

/s/ _____

LARRY RODGERS N-53436
P.O.BOX-112
Joliet, Ill 60434

Under penalty as provided by law pursuant to 28 U.S.C sub sec,1746 and 28 U.S.C sub sec 1621, I ertify that the statements set forth in the forgoing Motion and this affidavit are true and correct to the best of knowledge and belief.

_____
Larry Rodger pro se

PAGE 3 OF 3