MHW

IN THE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBBIE J, MOORE
  PLAINTIFF,

v.

ROGER E, WALKER JR, et, al

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JURY TRIAL DEMANDED:

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF(S)
MOTION FOR THE APPOINTMENT OF COUNSEL:

I, Robbie J, Moore, being duly sworn, depose and State:

1. I am one of the plaintiff(s) in the above entitled case, I make this affidavit in support of my Motion for the Appointment of Counsel.

2. The complaint in this case alleges the plaintiff(s) and class members through out the State of Illinois are denied their monthly idle pay and other funds from 40% of the Inmate commissary funds and profits through the defendant(s) illegal actions of Conspiracy, Fruad and Embezzlement, and that the defendant(s) are misappropriating said funds to pay the wages of their employees who are employed within the commissary and dietary department of the Facitities.

3. The plaintiff(ss) and class members further allege that they are subjected to discrimination as protective custody inmates causing restrictions on Religious Practice, opportunities to participate in educational and vocational

programs, access to the courts and law library with trained legal assistance, denial of indoor recreation, denial of adequate Medical care as provided to inmates in general population, and other hazardous and unsafe conditions. The complaint further alleges that the named prison officials were and are aware of their actions through grievances and complaints, past consent decrees and or Court Orders placed upon the Department "Stateville" for past discrimination(s) against protective custody inmates, plaintiff(s) and class members are subsequently being denied Due Process and Equal protection of the Law.

4. This is a complex case becasue it contains several different legal claims with each claim involving a different set of defendant(s).

5. This case also invovles Medical issues that may require expert testimony.

6. The plaintiff have demanded a Jury Trial.

7. This case will require discovery of documents and dispositions of a number of witnesses.

8. The testimony will be in sharp conflict, since the plaintiff(s) allege that the defendant(s) have illegally embezzled and or misappropriated State Funds which are intented for the special benefit of the committed person, and that the defendant(s) have also discriminated against plaintiff(s) and class members becasue of their Protective Custody status, that the defendant(s) are under Court Order(s) or Decrees from past conduct(s).

9. That neither of the plaintiff(s) have a high school education, and or any legal education.

10. The plaintiff(s) and class members are being discriminated against because of their protective custody status, for this reason they are limited to access to the legal materials and have no ability to investigate the facts of this case, for example, locating and interviewing other inmates who witnessed the conditions in X-House protective custody, or potential class members who are deprived of their monthly idle pay throughout the State of Illinois, or Doctors and any other person.

11. As set forth in the Memorandum of law submitted with this Affidavit, these facts along with the merit of the plaintiff(s) and class mebers claims support the appointment of counsel to represent this case.

WHEREFORE, The palintiff pray that the Motion for the appointment of counsel be granted.

/s/ *Robbie J. Moore*

ROBBIE J, MOORE B_16483
P.O. BOX 112
JOLIET, ILL 60434

Under penalties as provided by law purpuant to 28 U.S. . sub sec, 1746 and 28 U.S.C. SUB SEC 1621, I certify that the statements set forth in the foregoing Motion and this Affidavit are true and correct to the best of my knowledge and belief.

*Robbie J. Moore*
Robbie J, Moore, pro, se