```
                IN THE
      UNITED STATES DISTRICT COURT
      NORTHER DISTRICT OF ILLINOIS
```



```
LARRY RODGERS,              |
     PLAINTIFF,             |
                            |
     V.                     |    CASE NO#
                            |
ROGER E, WALKER JR,         |    AFFIDAVIT
GUY PEIRCE,                 |
SALVADORE GODINEZ,          |
TERRY L, McCANN,            |    08CV686
JIMMY DOMINGUEZ,            |    JUDGE DARRAH
VENITA F, WRIGHT,           |    MAGISTRATE JUDGE DENLOW
JACKIE MILLER, et,al.       |
                            |
```

AFFIDAVIT IN SUPPORT OF MOTION
TO WAIVE COPYING REQUIREMENT;

I, Larry Rodgers, being duly sworn, depose and state;

1) I am one of the plaintiff(s) in this case, I make this affidavit in support of my motion to waive copying requiremnets.

2) I am unable to gain access to the law library and or trained legal assistance.

3) I have even writen to my institutional counslor in which I was told that they(defendant(s) are in the process of hiring additional personnel in the law library, and the he can not copy the motions for me.

4) I have asked for assistance from the cell house Sergent, and other prison officials, and was denied.

PAGE 1 OF 2

WHEREFORE, The plaintiff pray that this honorable court grant this Motion in all respects.

DATE Jan 27th 2008;    /s/ _Larry Rodgers_____

LARRY RODGERS (N-53436)
P.O.BOX-112
JOLIET, ILL 60434

under penalty as provided by law pursuant to 28 U.S.C. sub sec, 1745 and 28 U.S.C. 1621, I certify that the statements set forth in this Affidavit is true and correct to the best of knowledge and belief.

Larry Rodgers, pro, se, et, al.

PAGE 2 OF 2