IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY RODGERS, et.al
    PLAINTIFF,

v.

ROD BLAGOJEVICH,
LISA MADIGAN,
ROGER E. WALKER JR,
TERRY L. McCANN, et.al.
    DEFENDANT'S.

CASE NO _____
Supplied By Clerk

Honorable Judge presiding:

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

DECLARATION IN SUPPORT OF PLAINTIFF MOTION FOR
A TEMPORARY RESTRAINING ORDER AND PLIMINARY INJUNCTION:

I, Larry Rodgers, Plaintiff in the above cause of action declare under penalty of Purjury:

    1. I make this declaration in support of my motion for a Temporary Restraining Order and a Preliminary Injunction in Order to ensure that my Constitutional Rights are Protected and the Rights of Class Members who are now or will be hereafter incarcerated within the Illinois Department of Corrections.

    2. As set forth in my complaint in the case, plaintiff has served time in several facitities in the Department of Corrections throughout Illinois under different Directors, Wardens, and Business Administrators who are named Defendant's in this action.

    3. The United States Constitution, The Illinois State Constitution, and

the Illinois Department of Corrections Rules and Regulation is clear concerning the Rights and Treatment of it's Prisoners.

4. Contrary to the United States Constitution and defendant's own Rules and regulations, plaintiff and class members are repeatedly deprived of their Fourteenth (14th) Amendment Rights to Due Process as set forth in the Complaint.

5. Upon on information and belief, defendant's have passed Legislation in the Public Act 93-607 which violates plaintiff and class members Fourteenth (14th) Amendment Right to the United States Constitution.

6. Upon information and belief, defendant's Audit report from 2001-07 has failed to account for the expenitures of plaintiff and class members appropriated Funds(idle pay) which in itself constitutes Fruad in violation of plaintiff and class members Constitutional Rights.

7. Defendant Rod Blagojevich is the Governor of the State of Illinois, He is the Supreme executive Power, and is responsible for the faithful execution of the laws.

8. Defendant Lisa Madigan is the Attorney General for the State of Illinois, She is the Legal Officer of the State, and shall have Duties and Power that may be prescribed by law.

9. Defendant's Roger E, Walker jr, Odie Washington, Howard A, Peters III, and Donald A, Snyder Jr, together are Director and former Directors of the Illinois Department of Corrections, They are responsible for the overall Conditions and Operations within the I.D.O.C.

10. The defendant(s) Roger E,Walker jr, Guy Peirce,Salvadore Godinez,Terry L,McCann, Jimmy Dominguez, and Venita F,Wright failed to ensure that plaintiff(s) and class members under their care and custody recieved adequate medical and dental treatment,Equal Protection and Due Process Rights while assigned to X-House Protective Custody unit of Stateville C.C.

11) Together these Defendant(s) their sucessors,Agents and employees in office have the responsibility for enforcing and protecting the constitutional Rights of Prisoners committed to their care and custody.

12) Plaintiff has suffered irreparable harm in the form of continued physical and mental pain and suffering as well as the violation of his constitutional Protected Rights, these continuing violations constitutes irreparable injuries for which plaintiff have no adequate remedy of Law.

13) For the reasons set forth in the Memorandum of Law filed with this Declaration, plaintiff is entitled to a Temporary Restrining Order Requiring the defendant(s) to cease from withholding, Embezzling,Misapproriating or otherwise taking Illinois Appropriated Funds from plaintiff(S) and class members, And a Preliminary Injunction requiring the defendant(S) to cease their discriminating actions against Protective Custody Inmates at Stateville C.C and to cease from withholding Fuds from the Inmates Commissary Funds and Profits to pay the wages of their employees at the commissary and dietary departments during the pendency of this cause of action at which time an Injunction can be made permanent.

14) For the ongoing reasons, This Honorable Court should grant the plaintiff(s)

Motion for a Preliminary Injunction and a Temporary Restraining Order.

Pursuant to 28 U.S.C §1764, I declare under pentalty of purjury that the forgoing is true and correct.

_____
(Larry Rodgers) pro,se,et,al

Under penalty as provided by law pursuant to 28 U.S.C. sub sec, 1745 and 28 U.S.C. sub sec 1621, I certify that the statements set forth of this forgoing Declaration is true and correct to the best of knowledge and belief.

_____
Larry Rodgers, pro, se, et, al.

PAGE 4 OF 4