MHW

DATE JANUARY 27TH, 2008

TO: OFFICE OF THE CLERK
UNITED STATES DICTRICT COURT
NORTHER DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILL 60604

RE: PRO SE FORM PACKAGE:

LARRY RODGERS
REG NO N-53436
STATEVILLE C.C.
P.O. BOX-112
JOLIET, ILL 60434

ROBBIE J, MOORE
REG NO# B-16483
STATEVILLE C.C.
P.O. BOX-112
JOLIET, ILL 60434

**FILED**
JAN 3 1 2008 aew
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the Court,

I am a State prisoner, confined to Stateville Correctional Center, One of the claims of this class action complaint is that the plaintiff(s) are being denied access to the prison law library for legal assistance, copying and or legal materials by the Named defendant(s) in this case, therefore, Due to this deprivation of my constitutional Right I am unable to comply with copying requirements, and I have Motioned the Court to waive copying requirements for this cause only.

   Please find inclosed, 1# Original complaint from Rodgers and Moore, 1# Certification of class, 2# complete In Forma Pauperis applications with finanical affidavits. 1# Motion to waive copying requirements with 2# Affidivits in support of motion to waive copying requirements, 1# Order to show cause for TRO and Injunction. 1# Delaration in support of TRO and Preliminary injunction. 1# Memorandum of Law in support of TRO and Preliminary Injunctgion, 1# Motion for Appointment of Counsel, 2# Affidavits in support of Motion for appointment of counsel and 1# Memorandum of Law in support of Motion for appointment of counsel. Exhibits A-Z3.

   I do appologize for any and all inconvenience this has caused the Court.

   Could you please send 1# stamped filed copy to each indigent plaintiff.

Respectfully Submitted

Larry Rodgers

*/s/ Larry Rodgers*

08CV686
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW