

IN THE
UNITED STATES DISTRICT
COURT OF ILLINOIS,
NORTHERN DIVISION.

MAR 07 2008

**FILED**

MAR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Rodgers,
 Plaintiff,

v.

Rod Blagojevich, et al
 Defendants.

CASE NO. 08-C-0686

Notice of Change
of Address.

Please take notice that a change of address has occured. Please forward all proceedings of the above case to me at:

P.O. Box # 99
Pontiac. Ill, 61764

Larry Rodgers Pro. Se