4-22-08

MHN

Dear Judge Darrah,                              Change of Address

as of tomarrow (4-23-08) I will no longer be at Stateville C.C.

I am being to Pontiac C.C. tomarrow so please send me an Amended Complaint form (for one was not sent with Statement filed 04/11/2008, case No. 1:08-cv-00686) and a copy of the original Complaint please.

Thank you for your time!

Sincerly

**FILED**

APR 2 8 2008

4-28-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robbie J. Moore
#B-16983
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61769

Pre Se

P.S.
please send a filed copy of the inserted documents too pleas