

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY RODGERS,
    PLAINTIFF,

VS.

ROD BLAGOJEVICH, et.al,
    DEFENDANT'S,

CASE NO# 08-C-686

JOHN W, DARRAH.

HON, JUDGE PRESIDING;

## MOTION FOR COMMON LAW RECORDS

NOW COME plaintiff, Larry Rodgers, pro, se. pursuant to Fed, R.Civ.P. 79(d). And hereby move this Honorable Court for an Order to previde plaintiff with One (1) Copy of RODGERS V. BLAGOJEVICH 08-C-686 filed before this Court on or about January 2008, In support of this Motion, Plaintiff states as following:

[1]  On or about January, 2008, plaintiff filed with this Honorable Court One (1) Original Complaint with exhibits case number 08 C-686.

[2]  Plaintiff also filed a Motion attached with said complaint to Waive copy requirements in this case only because the plaintiff was denied access to the Prison law library while confined at the Stateville Correctional Center from Febuary 2007, through Febuary 2008,.

[3]  On or about April 11th, 2008 this Honorable Court conducted it's initial screening and entered the following Orders. Plaintiff was granted

leave to file in forma pauperis and assessed an initial filing fee of $1.50. Plaintiff case was dimissed without prejudice, and given 30 days to amend, plaintiff was denied appointment of Counsel, class certification, a temporary restraining Order, and to waive requirement to provide copies.

[4] Plaintiff now motion this Honorable Court for one (1) copy of courts Records, the complaint in which plaintiff filed was the only copy because the plaintiff was being denied access to the prison law library from Febuary 2007 through Febuary 2008 and was unable to make any other copies.

[5] The order of this Honorable Court to amend in 30 days cannot by complied with because the plaintiff cannot amend his complaint without this Court granting one (1) copy of the Orginial complaint with exhibits.

[6]. plaintiff is an indigent prisoner, and can not afford to pay for the copies of his orginial complaint as this court has copies of the plaintiff's finanical statements from the institution Trust Fund Office.

[7] Plaintiff now move this Honorable Court for copies of Common Law Records to the indegent plaintiff, and that his 30 days to amend start from the Order of this Court on the days that said copies are sent to the Plaintiff from the Clerk of the Court.

WHEREFORE, plaintiff prays this honorable Copurt will grant this Motion for common law records without posting security.

Respectfully Submitted

*Larry Rodgers*
Larry Rodgers