IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY RODGERS,
    PLAINTIFF,

VS.

ROD BLAGOJEVICH, et.al
    DEFENDANT'S,

CASE NO# 08 C-686

JOHN W, DARRAH.

HON, JUDGE PRESIDING:

## MOTION FOR EXTENSION OF TIME

NOW COME plaintiff, Larry Rodgers, Pro, se, pursuant to Fed.R.C,P. 6(b)(2), and hereby move this Honorable Court for an extension of time within which to answer or otherwise Amend plaintiff's complaint filed before this Court on about January, 2008, In support of this motion, plaintiff state the following;

[1]. The above named plaintiff have just recently recieved this Courts Docket entry text Ordered on 4/11/08. and receieved on 4/24/08 by plaintiff.

[2]. The plaintiff now moves this Honorable Court to grant (1) copy of the Original complaint with exhibits to the plaintiff in order that he can successfully comply with the courts Order to Amend within 30 days of this Courts Docket Entry Text filed on about April 11th, 2008.

[3].  The plaintiff Motioned this Honorable Court to waive copy requirements in this case because the plaintiff was being denied access to the Law Library while confined at the Stateville Correctional Center from Febuary,2007 through Febuary,2008 and was unable to successfully abtain any copies of his complaint or exhibits filed before this Court,therefore, it is impossible to amend the complaint because the plaintiff have no copy.

[4]  Plaintiff now Motion the Honorable Court for an extension of time to amend case RODGERS VS. BLAGOJEVICH,et,al 08-C-686, and to vacate the Order of Docket entry Text 4/11/08 until 30 days after the plaintiff recieves a copy of the complaint filed beofre this Honorable.

HWEREFORE, plaintiff prays that this Honorable Court will grant an extension of time to amend and comply with this Courts Order, and grant plaintiff a copy of his original complaint in order that plaintiff can Amend. And that said Order for extension of time be 30 days after the date plaintiff copyies are recieved from this Court.

Respectfully Submitted

Larry Rodgers,pro,se
P.O.BOX-99
PONTIAC,CORRECTIONAL CENTER
PONTIAC,ILLINOIS, 61764