

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LARRY RODGERS
    PLAINTIFF,

V.

ROD BLAGOJEVICH,et,al
    DEFENDANT'S,

CASE NO# 08-C-686

HON,JUDGE PRESIDING

JOHN W, DARRAH:

FILED
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

TO: MICKEAL W, DOBBINS
CLERK OF THE COURT
U.S. DISTRICT COURT
219 SOUTH DEARBURN STREET
CHICAGO,ILL60604

PLEASE TAKE NOTICE THAT ON April 29th,2008 I placed in the Mail at Pontiac Correctional Center, One (1) Orginial Motion for Extension of Time with Two (2) Copies. One Motion for Common Law Records with Two (2) Copies, one of copy of each Motion to be returned to me filed, and that it was placed in U.S.Mail properly addressed to the above name on the above date.

Larry Rodgers,pro,se
P.O.BOX-99
Pontiac, Ill 61764

PROOF/CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and States that a copy of the foregoing was served upon the above Named at the address indicated by U.S.MAIL on Febuar April 29th 2008.

Larry Rodgers