# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 686 | DATE | 5-13-08 |
| CASE TITLE | Larry Rodgers (N-53436) v. Rod Blagojevich | | |

**DOCKET ENTRY TEXT:**

Plaintiff Robbie Moore's motion for an extension of time and to submit a separate suit [20] is granted. Moore is dismissed as a plaintiff to the instant case. The portion of the 4/11/08 order [18] granting his motion to proceed *in forma pauperis* [4] is stricken. If Moore wants to proceed his suit, he should submit a new complaint and another application to proceed *in forma pauperis*. Plaintiff Larry Rodgers' motion for an extension of time to submit an amended complaint [22] is granted, and Rodgers is given 30 days from the date of this order to submit an amended complaint. Failure to submit an amended complaint in accordance with the 4/11/08 order within 30 days will result in dismissal. Rodgers' motion for a copy of his complaint [21] is granted. The clerk shall forward to Rodgers a copy of his complaint. Future requests for copies will be denied, and plaintiff should maintain a copy of his filings or request a certified copy from the Certified Copies Desk in the clerk's office.

■ [For further details see text below.]                                                          Docketing to mail notices.

## STATEMENT

Two plaintiffs, Larry Rodgers and Robbie Moore, jointly filed the complaint in this case. Both submitted *in forma pauperis* applications. By order of April 11, 2008, the Court granted both *in forma pauperis* applications and directed the submission of an amended complaint that asserted only related claims. The order inadvertently omitted Robbie Moore. Since the entry of that order, Plaintiff Robbie Moore has notified the Court that he is incarcerated at Stateville Correctional Center, and that he seeks to file his suit as a separate action. The Court grants Moore's request. Accordingly, Robbie Moore is dismissed as a plaintiff in this case; the grant of his *in forma pauperis* application is stricken; and, if he seeks to pursue his claims, he should submit a new complaint (following the instructions of the April 11, 2008 order) and another *in forma pauperis* application.

The April 11, 2008 order remains in effect for Plaintiff Larry Rodgers, and the court grants Rodgers an extension of time of 30 days from the date of this order to comply with the April 11, 2008 order. Failure to submit an amended complaint in accordance with this and the April 11, 2008 orders will result in dismissal of this case. The clerk shall forward to Rodgers a copy of his complaint, along with a copy of this order. However, plaintiff is advised that he should keep a copy of all his court filings, that future requests will be denied, and that he will have to contact the Certified Copies Desk of the Clerk's Office to obtain copies of pleadings in the future.

isk