## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:      08 C 686

*Larry Rodgers v. Blagojevich, et al.*

The Hon. John W. Darrah
Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: Terry McCann

---

NAME (Type or print)

LEA T. NACCA

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

 s/Lea T. Nacca

---

FIRM

Office of the Illinois Attorney General

---

OFFICE ADDRESS

100 W. Randolph, 13th Floor

---

CITY/STATE/ZIP

Chicago, Illinois  60601

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6286005 | (312) 814-4491 |

---

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ___ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ____ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO __ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  __      APPOINTED COUNSEL  __