IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 686 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| TERRY McCANN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STAY THE
REQUIREMENT OF FILING A RESPONSIVE PLEADING**

NOW COMES the Defendant, TERRY McCANN, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby moves this Honorable Court to stay the requirement of filing a responsive pleading to Plaintiff's Amended Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff, a *pro se* inmate in the custody of the Illinois Department of Corrections, brings this action pursuant to 42 U.S.C. § 1983.

2. On June 30, 2008, the Court entered an order permitting Plaintiff to proceed on his Amended Complaint against Defendant Terry McCann, the warden of Stateville Correctional Center. The Court noted that "it is unclear how Terry McCann was involved" in Plaintiff's claim for deliberate indifference to a serious medical need, but stated that Plaintiff could pursue the claim against Defendant McCann for the purpose of conducting discovery to learn the identities of the unknown defendants. *See* June 30, 2008 Order, Docket Entry # 29. The Court gave Plaintiff 90 days from the date of the attorney appearance for Defendant McCann to identify the unknown defendants. *Id*.

3. On August 4, 2008, Assistant Attorney General Lea Nacca entered an appearance for Defendant Terry McCann.

4. Based on the date indicated on the Waiver of Service of Summons, Defendant McCann is required to Answer or otherwise plead in response to Plaintiff's Amended Complaint by September 7, 2008.

5. Defendant McCann will likely be dismissed from this suit after Plaintiff identifies the proper defendants in this case. Consequently, Defendant McCann respectfully requests that the Court stay the requirement of filing a responsive pleading while Plaintiff conducts discovery to identify the defendants allegedly involved in the constitutional deprivation.

6. This motion is brought in good faith and not for purposes of delay.

7. No parties will be prejudiced by the granting of this motion.

WHEREFORE, Defendant Terry McCann respectfully requests that this Honorable Court grant his motion to stay the requirement of filing a responsive pleading while Plaintiff conducts discovery to identify the proper defendants to this suit.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/Lea T. Nacca
LEA T. NACCA
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4491