IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 686 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| TERRY McCANN, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Larry Rodgers
       N-53436
       Pontiac Correctional Center
       P.O. Box 99
       Pontiac, IL 61764

   PLEASE TAKE NOTICE that on September 4, 2008 at 9:00 a.m., I shall appear before the Honorable John W. Darrah, or whomever may be sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO STAY THE REQUIREMENT OF FILING A RESPONSIVE PLEADING**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Lea T. Nacca
                                            LEA T. NACCA
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 W. Randolph St., 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-4491

### CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above-named at the address indicated by **U.S. MAIL** on August 27, 2008.

                                            s/Lea T. Nacca