**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Larry Rodgers, et al.
                        Plaintiff,

v.                                            Case No.: 1:08−cv−00686
                                                      Honorable John W. Darrah

Terry L. McCann, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants' motion to stay the time to file responsive pleadings [34] is granted. Status hearing set for 12/3/08 at 9:00 a.m. The Court will set the time to file responsive pleadings at the 12/3/08 status. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.