**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Larry Rodgers, et al.

                     Plaintiff,

v.                                                   Case No.: 1:08–cv–00686
                                                      Honorable John W. Darrah

Terry L. McCann, et al.

                     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: September 4, 2008

                                                                        /s/ John W. Darrah

                                                         United States District Judge