UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Larry Rodgers, et al.
                      Plaintiff,

v.                                      Case No.: 1:08−cv−00686
                                        Honorable John W. Darrah

Terry L. McCann, et al.
                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Morton Denlow: This case has been referred to Judge Denlow to conduct a settlement conference. The parties are directed to review and to comply with Judge Denlow's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov. Judge Denlow requires full compliance with this standing order before conducting a settlement conference. Failure to comply with the provisions of the Court's Standing Order Setting Settlement Conference may result in the unilateral cancellation of the settlement conference by the Court. The parties shall jointly contact the courtroom deputy, Donna Kuempel at 312/435−5857, with mutually agreeable dates or appear at 10:00 a.m. on 10/7/08 to set a settlement conference date. Because of the volume of settlement conferences conducted by Judge Denlow, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Parties are required to deliver to chambers or fax to chambers (312/554−8547) copies of their most recent settlement demands and offers at least three (3) business days prior to the settlement conference.Mailed notice(dmk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.